Lawrence Gottlieb, OSB #070869
lgottlieb@bpmlaw.com
Jeremy R. Schulze, OSB #160528
jschulze@bpmlaw.com
Betts, Patterson & Mines, P.S.
111 SW 5th Avenue, Suite 3650
Portland, OR 97204
Telephone:     (503) 961-6338
Facsimile:      (503) 961-6339

*Attorneys for Transportation Insurance Company*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF OREGON
PORTLAND DIVISION

| | |
|---|---|
| Transportation Insurance Company,<br><br>                    Plaintiff,<br><br>vs.<br><br>Central National Ins. Co. of Omaha, Pacific Employers Insurance Company, and Acme Trading Company of Portland<br><br>                    Defendants. | NO.  18-cv-00734-BR<br><br>PLAINTIFF'S ANSWER TO PACIFIC EMPLOYERS INSURANCE COMPANY AMD THE CENTRAL NATIONAL INSURANCE COMPANY OF OMAHA'S COUNTERCLAIM |

Plaintiff Transportation Insurance Company ("Transportation"), by and through its attorneys of record, answers The Counterclaim of Defendants Pacific Employers Insurance Company ("Pacific") and The Central National Insurance Company of Omaha ("Central National")  as follows:

COUNTERCLAIM

(Declaratory Judgment)

1.      Paragraph 1 of Pacific and Central National's counterclaim does not contain allegations requiring a response from Transportation. To the extent an answer is required, Transportation denies the allegations in paragraph 1.

Page 1 – PLAINTIFF'S ANSWER TO COUNTERCLAIM

2.      Transportation admits only that an actual and justiciable controversy exists with respect to the matters alleged in Transportations Complaint, and denies the remaining allegations in paragraph 2.

3.      Transportation admits only that an actual and justiciable controversy exists with respect to the matters alleged in Transportations Complaint, and denies the allegation in paragraph 3.

## PRAYER FOR RELIEF

A.–F. Transportation denies all of the allegations contained in Pacific and Central National's Prayer for Relief, and deny that they are entitled to the relief they seek.

## AFFIRMATIVE DEFENSES

1.      The Counterclaim fails to state claims for which relief may be granted.

DATED this 23rd day of July, 2018.

                              BETTS, PATTERSON & MINES, P.S.

                              By /s Jeremy Schulze
                                  Lawrence Gottlieb, OSB #070869
                                  Jeremy R. Schulze, OSB #160528
                                  Betts, Patterson & Mines, P.S.
                                  111 SW 5th Avenue, Suite 3650
                                  Portland, OR 97204
                                  Telephone:(503) 961-6338
                                  Facsimile: (503) 961-6339
                                  E-mail:   lgottlieb@bpmlaw.com

                                  *Attorneys for Transportation Insurance Company*

Page 2 – PLAINTIFF'S ANSWER TO COUNTERCLAIM

072318 1721/8036-0111

## CERTIFICATE OF SERVICE

  I hereby certify that on July 23, 2018, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system and the document is available for viewing and downloading from the CM/ECF system. I also certify that the foregoing document is being served electronically via the Court's CM/ECF notice system upon the following counsel of record::

*Counsel for Defendants Central National Insurance Company*
*of Omaha and Pacific Employers Insurance Company*
R. Lind Stapley, OSB No. 030531
Jillian Hinman, SOB No. 083623
1325 4th Ave
Suite 2000
Seattle, WA 98101

  DATED this 23rd day of July 2018.

            BETTS, PATTERSON & MINES P.S.

            By /s Jeremy Schulze
              Lawrence Gottlieb, OSB #070869
              Jeremy R. Schulze, OSB #160528
              Betts, Patterson & Mines, P.S.
              111 SW 5th Avenue, Suite 3650
              Portland, OR 97204
              Telephone:(503) 961-6338
              Facsimile: (503) 961-6339
              E-mail: lgottlieb@bpmlaw.com

              *Attorneys for Transportation Insurance*
              *Company*